**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>　　　　　　Defendant. | No. CV-06-1767-PCT-PGR<br><br>**ORDER FOR RULE 35 PHYSICAL EXAMINATION OF CHAD FARR** |
| Chad Farr,<br><br>　　　　　　Plaintiff/Intervenor,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>　　　　　　Defendant. | |

　　　　Pursuant to the Court's July 23, 2007 Order (doc. #70) granting Defendant's Motion for Rule 35 Physical Examination of Chad Farr,

　　　　IT IS ORDERED Chad Farr will participate in the physical examination, pursuant to Rule 35, as follows:

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

| | |
|---|---|
| **Examiner:** | Dr. Louis J. Rosenbaum |
| **Exam Date:** | August 9, 2007 at 1:30 p.m. (Approximately 1.5 hours) |
| **Location:** | 4232 E. Cactus Road, Suite 108<br>Phoenix, Arizona 85032 |
| **Conditions:** | The examination will be conducted at Dr. Rosenbaum's office in private, with necessary staff in attendance. Counsel are permitted to attend the examination. |
| **Manner/Scope:** | Dr. Rosenbaum will perform the following exams. He will first attempt a visual field exam. Next, he will evaluate Mr. Farr's visual acuity. He will then check for Mr. Farr's pupillary responses and check his pressure. Dr. Rosenbaum will also dilate Mr. Farr's pupils to verify the optic atrophy and to verify the extent of the Retinitis Pigmentosa. |

DATED this 1st day of August, 2007.

_(signature)_
Paul G. Rosenblatt
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853