**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Equal Employment Opportunity Commission,               )<br>                                                                    )<br>         Plaintiff,                                          )<br>                                                                    )<br>    and                                                        )<br>                                                                    )<br>Chad Farr,                                                 )<br>                                                                    )<br>         Intervenor Plaintiff,                         )<br>                                                                    )<br>    vs.                                                         )<br>                                                                    )<br>AutoZone, Inc.,                                          )<br>                                                                    )<br>         Defendant.                                       )<br>_____ ) | No. CV-06-1767-PCT-PGR<br><br>SECOND AMENDED SCHEDULING ORDER |

The parties' Joint Motion to Extend Deadlines (doc. #102) is granted to the extent that the Amended Scheduling Order (doc. #50) is amended as follows:[1]

(1) Dispositive motions shall be filed no later than **November 16, 2007**;

(2) The Joint Pretrial Statement and all motions in limine shall be filed no later than **December 3, 2007**;

(3) The Pretrial Conference set for November 26, 2007 is vacated and is

---

[1] All other unamended terms and provisions of the Scheduling Order (doc. #19) and Amended Scheduling Order (doc. #50) shall remain in full force and effect.

1  reset to **Monday, January 14, 2008, at 3:00 p.m.** in Courtroom 601.
2      DATED this 5th day of October, 2007.

```
                    Paul G. Rosenblatt
                    United States District Judge
```