IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>            Plaintiff,<br><br>Chad Farr,<br><br>            Intervenor Plaintiff,<br><br>vs.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>            Defendant. | **CV06-1767-PCT-PGR**<br><br>**CONSENT DECREE** |

    The United States Equal Employment Opportunity Commission (the "Commission") filed this action against the Defendant, AutoZone, Inc. ("AutoZone") to enforce Title I of the Americans with Disabilities Act (ADA), 42 U.S.C. §12101, et seq. ("the ADA"). The Court granted Chad Farr leave to join this action as Plaintiff Intervenor. In the complaints filed by the Commission and Plaintiff Intervenor, the Commission and Plaintiff Intervenor alleged that AutoZone discriminated against Chad Farr by refusing to promote him because of his disability and need for job-related accommodations. AutoZone denies these allegations.

    The parties being aware of the risks, uncertainties and costs of continued litigation are now desirous of resolving the claims asserted in this action. The parties do

not object to the jurisdiction of the Court over this action and waive a hearing and the Entry of Findings of Fact and Conclusions of Law.

It is **ORDERED, ADJUDGED AND DECREED:**

1. This Decree resolves all claims arising out of the issues between the Commission, Plaintiff Intervenor and AutoZone in this law suit, including without limitation back pay, compensatory and punitive damages, injunctive relief, costs and attorney's fees.

## INJUNCTION

2. AutoZone recognizes its on-going obligations to a) not discriminate against persons on the basis of in the accommodation process pursuant to the ADA process; and b) to retain records during the pendency of a charge of discrimination and litigation, pursuant to 29 C.F.R. § 1602.14.

3. AutoZone is permanently enjoined from discriminating against any employee on the basis of disability in violation of the ADA.

4. AutoZone is permanently enjoined from retaliating against Mr. Farr or any other individual who has participated in this litigation as a witness.

## RELIEF TO CHAD FARR

5. By agreement and consistent with the terms of this decree, with judgment against AutoZone and in favor of Chad Farr, AutoZone will pay $115,000 which is allocated as non-pecuniary compensatory damages within fourteen (14) days of the entry of this decree. No taxes will be withheld from the amount allocated as compensatory damages. On or before January 31, 2010, AutoZone will issue Internal Revenue Service Form 1099 to Chad Farr for the compensatory damages for the tax year during which the payment is made.

6. Within fourteen (14) days of the entry of this consent decree, AutoZone will mail to Intervenor's counsel, via certified mail, a check made payable to Intervenor's

counsel in the amount of $25,000 for payment of the attorney's fees and costs of litigation.

7.      Simultaneous with the transmission of the checks sent pursuant to ¶ 5 and 6 with copies of the check will be furnished to the Regional Attorney, Equal Employment Opportunity Commission, Phoenix District Office, 3300 North Central Avenue, Suite 690, Phoenix, Arizona 85012

8.      Defendant will not condition the receipt of individual relief on Mr. Farr's agreement to (a) maintain as confidential the terms of this decree, (b) waive his statutory right to file a future charge with any federal or state anti-discrimination agency, or (c) waive his right to apply for a position with the Defendant. Chad Farr agrees, with consultation of his own counsel, to release all known and unknown causes of action which arose during his past employment with AutoZone which ended in October 2003.

## NON-DISCRIMINATION PROCEDURES

9.      AutoZone will modify its existing policy on reasonable accommodation to include a procedure for an applicant or employee to follow when requesting an accommodation and for management and personnel to follow to obtain approval of the accommodation. The policy will be modified within one-hundred-twenty (120) days of the date of the consent decree.

10.     AutoZone shall revise its current records retention policy to reflect that all records relevant to a charge of discrimination filed under the ADA are retained and not destroyed until the conclusion of the charge and lawsuit, if a lawsuit is filed. Specifically, AutoZone shall modify its current records retention policy to retain documents relating to disability related reasonable accommodation requests and their consideration.

11.     For all promotion opportunities announced in writing, including electronic mail (such as ZAP mail) in the Arizona Region, AutoZone shall state: "Please advise us if

assistance in the application, hiring process, or promotional process is needed to accommodate a disability."

## STAFF TRAINING AND DEVELOPMENT

12. AutoZone will provide training on the subjects of: non-discrimination in hiring and promotional procedures; request procedures for provision of reasonable accommodations; review of reasonableness of requests for accommodations; and typical accommodations for people with disabilities working in entry level or promotional positions at AutoZone; awareness of issues affecting employees and applicants who are disabled, including but not limited to employees who are blind or visually impaired; common accommodations for disabled employees, including but not limited to, including the use of a guide dog, cane, or scanner; and evaluating whether accommodations provide effective communication.

    A. The portion of the training related to the legal requirements of the ADA will be conducted by a trainer acceptable to the Commission. AutoZone will provide the Phoenix District Office EEOC Regional Attorney with the proposed training materials at least 30 days before the training for its review and comment.

    B. The training will be provided to the store managers, assistant managers, and personnel managers for stores in the state of Arizona, including Cottonwood.

    C. The seminar-training will be conducted for the benefit of all of the individuals set forth in paragraph (B) within one-hundred-eight (180) days of the entry of this decree.

    D. AutoZone shall send a videotaped copy of its first training session to the Phoenix District Office EEOC Regional Attorney within one week of the training for review and comment.

13. Within one hundred eighty (180) days of the date of the entry of this decree, AutoZone will ensure that all general training and specialized training is accessible to the visually impaired. This includes the use of assistive technology, as requested, to accommodate the visually impaired.

## NOTICE OF ADA RIGHTS

14. Pursuant to an agreement between AutoZone, EEOC, and the Plaintiff Intervenor, AutoZone will post the Notice contained in the attached Exhibit A, in the Cottonwood store office. The Notice will be posted in an appropriate and conspicuous place frequented by employees, for the duration of this decree. The Notice shall be the same type, size, and style and Exhibit A.

## COMPLIANCE

15. AutoZone will report in writing to the Commission on a semi-annual basis within six (6) months from the entry of this decree for the duration of the decree as follows. The affidavit shall attest that AutoZone has taken the action required with each and every provision of this Consent Decree.

16. The Commission upon one week written notice shall have the right to enter and inspect AutoZone's Cottonwood premises to ensure compliance with this decree and federal anti-discrimination laws.

17. The duration of this decree shall be two (2) years from the date of its entry.

18. Except as set forth in ¶ 6, the parties shall bear their respective attorneys' fees and costs incurred in this action up to the date of entry of this decree.

19. This Court shall retain jurisdiction of this action for a period of two (2) years after entry of the decree. This decree shall expire by its own terms at the end of two (2) years after entry of the decree, without further action by the parties.

20. The Commission or Plaintiff Intervenor may petition this Court for

compliance with this decree at any time during which this Court maintains jurisdiction over this action. Should the court determine that AutoZone has not complied with this decree, appropriate relief, including extension of this decree for such period as my be necessary to remedy its non-compliance may be ordered.

21. The parties agree to the entry of this decree subject to final approval by the court.

22. This Consent Decree may be executed by the parties in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

23. Within thirty (30) days of the entry of this Decree, AutoZone agrees to provide a positive reference letter to Chad Farr, which is attached as Exhibit B.

**ENTERED** this 6 day of Jan 2009.

_____
Hon. Paul G. Rosenblatt
United States District Court


Respectfully submitted this 6th day of January, 2009.

_____
MARY JO O'NEILL
Regional Attorney

_____
P. DAVID LOPEZ
Supervisory Trial Attorney

_____
DIANA CHEN
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office

1  3300 North Central Avenue, Suite 690
   Phoenix, Arizona 85012
2  Telephone: 602-640-5016
   Attorneys for Plaintiff
3
4  JUSTIN G. VAUGHN
   THE VAUGHN LAW OFFICES, PLLC
5  1760 Villa Drive, Suite G
   Cottonwood, AZ 86326
6  Telephone: 928-649-3347
   Counsel for Intervenor Plaintiff
7
8
   JAMES L. BLAIR, ESQ.
9  SANDRA SHOUPE, ESQ.
   RENAUD, COOK, DRURY, MESAROS, P.A.
10 1 N. Central, Suite 900
   Phoenix, Arizona 85004-4417
11 Telephone: 602-307-9900
   Counsel for Defendants
12
13 S/ Alison Smith
   Alison Smith
14 Senior Counsel, AutoZone, Inc..

- 7 -

# EXHIBIT A

## NOTICE TO ALL EMPLOYEES OF AutoZone, INC.

This Notice is posted pursuant to a Consent Decree entered into between AutoZone, Inc. and the Equal Employment Opportunity Commission (EEOC).

It is unlawful under federal and state law to discriminate against an employee on the basis of his/her disability . It is also unlawful to retaliate against any person because the person protested discriminatory practices or contacted the EEOC.

AutoZone, Inc. will not discriminate against any employee on the basis of disability, and will not unlawfully retaliate against any employee.

If you believe you have been discriminated against by AutoZone, Inc., you have the right to seek assistance from:

(1) EEOC, 3300 North Central Avenue, Suite 690, Phoenix, Arizona 85012, (602) 640-5000; or

(2) Arizona Civil Rights Division (ACRD) of the Attorney General's Office, 1275 W. Washington, Phoenix, Arizona, 85007, (602) 255-5263.

or have the right to file a charge with the EEOC or ACRD if you believe you are being discriminated against.

No Retaliation Clause. No action may be taken against you by any supervisory or management official of AutoZone, Inc. for (1) opposing discriminatory practices made unlawful by federal law, (2) filing a charge or assisting or participating in the filing of a charge of discrimination, or (3) assisting or participating in an investigation or proceeding brought under the ADA. Should any such retaliatory actions be taken against you, you should immediately contact the EEOC or the ACRD at the addresses or telephone numbers listed above.

THIS NOTICE MUST REMAIN POSTED UNTIL_____.

Dated:                                         _____
                                               President of AutoZone, Inc.

EXHIBIT B

(AUTOZONE LETTERHEAD)

January 6, 2009

To Whom It May Concern:

Chad Farr was an employee in good standing at our Cottonwood, Arizona Autozone store from July 2002 to October 2003. During this time, Mr. Farr met all expectations and consistently performed all the duties of a customer service representative.

Sincerely,


Robert Gomez